B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **13−31594**
Judge **Alan C. Stout**

# UNITED STATES BANKRUPTCY COURT Western District of Kentucky

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/16/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| William Spontak<br>5711 Emmalee Drive<br>Louisville, KY 40219 | Sharon L Spontak<br>5711 Emmalee Drive<br>Louisville, KY 40219 |
| Case Number:<br>13−31594 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other Nos.:<br>xxx−xx−4992<br>xxx−xx−4095 |
| Attorney for Debtor(s) (name and address):<br>Christopher T. Kurtz<br>Kurtz and Kurtz Attorneys<br>2721 Taylorsville Road<br>Louisville, KY 40205<br>Telephone number: 423−0846 | Bankruptcy Trustee (name and address):<br>Marque G. Carey<br>The Starks Building, Suite 1430<br>455 South 4th Street<br>Louisville, Ky 40202<br>Telephone number: 502−584−1300 |

## Meeting of Creditors

Date: **May 21, 2013**       Time: **02:30 PM**
Location: **Rm. 509 (Use 6th Street Elevators), 601 West Broadway, Louisville, KY 40202**
**This case may be dismissed without further notice for failure to attend this meeting.**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/22/13**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202<br>Telephone number: 502−627−5700 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Diane S. Robl |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM | Date: 4/17/13 |

## EXPLANATIONS                                                                B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeablilty of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

1. This case may be dismissed without further notice if the schedules are not filed within 14 days from the date the petition was filed.
2. All property of the estate will be deemed abandoned upon the filing of the report of No Distribution (normally at 341 meetings.) The last day for filing an objection to abandonment of property will be 30 days from the 341 meeting date. No property will be deemed abandoned if an objection is filed or notice of assets is given by the Clerk. A motion shall be filed pursuant to local Rule 6007−1(b) should assets exist in the case.

All persons entering the courthouse will be required to present photo ID.

```
                           United States Bankruptcy Court
                            Western District of Kentucky
In re:                                                         Case No. 13-31594-acs
William Spontak                                                Chapter 7
Sharon L Spontak
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0644-3          User: dernst                Page 1 of 2                  Date Rcvd: Apr 17, 2013
                              Form ID: 205                Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2013.
db/jdb        +William Spontak,    Sharon L Spontak,    5711 Emmalee Drive,    Louisville, KY 40219-1435
5210870       +CAP1/BEST BUY,    PO BOX 5253,    Carol Stream, IL 60197-5253
5210876       +MSD,    700 W. Liberty Street,    Louisville, KY 40203-1911
5210877       +REPUBLIC BANK & TRUST COMPANY,    601 WEST MARKET STREET,    LOUISVILLE, KY 40292-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: ctkkurtz@aol.com Apr 17 2013 20:45:55     Christopher T. Kurtz,
                Kurtz and Kurtz Attorneys,    2721 Taylorsville Road,    Louisville, KY 40205
tr            +EDI: BMGCAREY.COM Apr 17 2013 20:38:00      Marque G. Carey,    The Starks Building, Suite 1430,
                455 South 4th Street,    Louisville, Ky 40202-2593
smg           +E-mail/Text: akellow@jeffersoncountyclerk.org Apr 17 2013 20:47:29
                Jefferson County Attorney Office,    Fiscal Court Bldg.,    531 Court Place, Ste. 1001,
                Louisville, Ky 40202-3316
ust           +E-mail/Text: ustpregion08.lo.ecf@usdoj.gov Apr 17 2013 20:49:25      Joseph J. Golden,
                Office of the U.S. Trustee,    601 W. Broadway #512,    Louisville, Ky 40202-2229
5210871       +EDI: CHASE.COM Apr 17 2013 20:38:00      CHASE,   P.O. BOX 15298,    WILMINGTON, DE 19850-5298
5210872        EDI: DISCOVER.COM Apr 17 2013 20:38:00      DISCOVER CARD,    PO BOX 15316,
                Wilmington, DE 19886-5251
5210873       +EDI: RMSC.COM Apr 17 2013 20:38:00      GECRB/LOWES,    PO BOX 956005,   Orlando, FL 32896-0001
5210874       +EDI: RMSC.COM Apr 17 2013 20:38:00      GECRB/WALMART,    PO BOX 981400,   El Paso, TX 79998-1400
5210875       +EDI: CBSKOHLS.COM Apr 17 2013 20:38:00      KOHLS/CAPITAL ONE,    P.O. BOX 3115,
                MILWAUKEE, WI 53201-3115
5210878       +EDI: SEARS.COM Apr 17 2013 20:38:00      SEARS/CBNA,    PO BOX 6282,   Sioux Falls, SD 57117-6282
5210879       +EDI: WTRRNBANK.COM Apr 17 2013 20:38:00      TARGET,    PO BOX 673,   Minneapolis, MN 55440-0673
5210880       +EDI: CITICORP.COM Apr 17 2013 20:38:00      THD/CBSD,    P.O. BOX 6497,
                SIOUX FALLS, SD 57117-6497
5210881       +EDI: USAA.COM Apr 17 2013 20:38:00      USAA SB,   10750 MC DERMOTT,    San Antonio, TX 78288-1600
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2013             Signature:      _Joseph Speetjens_

```
District/off: 0644-3          User: dernst              Page 2 of 2            Date Rcvd: Apr 17, 2013
                              Form ID: 205              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2013 at the address(es) listed below:

          Christopher T. Kurtz    on behalf of Debtor William  Spontak ctkkurtz@aol.com, amanda@kurtzandkurtz.com

          Christopher T. Kurtz    on behalf of Joint Debtor Sharon L Spontak ctkkurtz@aol.com, amanda@kurtzandkurtz.com

          Joseph J. Golden     ustpregion08.lo.ecf@usdoj.gov

          Marque G. Carey    marquecareytrustee@aol.com,  KY53@ecfcbis.com

                                                                            TOTAL: 4